540 A.2d 1364

**TRACEY MINING COMPANY, Twelve Vein Coal Company, G.B. Mining Coal Company, T.A.G. Coal Company, M & R Coal Company, Burnside Mining Company, Greenwood Mining, F & S Coal Company, Rothermel Coal Company, Burnrite Coal Company, and Post Coal Company No. 2, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES and Roger Hornberger, Acting Mine Manager, Bureau of Mining and Reclamation, and the Pennsylvania Environmental Hearing Board.**

Supreme Court of Pennsylvania.

Argued May 12, 1988.

Decided May 18, 1988.

Reargument Denied Dec. 29, 1988.

Eugene E. Dice, Harrisburg, for appellants.

Amy L. Putnam, Mary Martha Truschel, Harrisburg, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improperly filed as a direct appeal to this Court under 42 Pa.C.S. §§ 702(a), 723(a) or 5105(c). Application for Injunction Pending Appeal dismissed.